1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | MARC C. AMENT, Bar #59080
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | FRANCISCO GARCIA-FERNANDEZ

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,            )   NO. 1:05-CR-0256 OWW
                                        )
12 |              *Plaintiff*,           )   STIPULATION TO CONTINUE MOTIONS
                                        )   HEARING, AND  ORDER THEREON
13 |       v.                            )
                                        )   Date:   November  14, 2005
14 | FRANCISCO GARCIA-FERNANDEZ,         )   Time:  1:30 p.m.
                                        )   Judge: Honorable Oliver W. Wanger
15 |              *Defendant*.           )
                                        )
16 | _____  )

17 |

18 | **STIPULATION**

19 |       It is hereby stipulated by and between the parties hereto that the motions hearing in the above-

20 | entitled matter now set for October 31, 2005, may be continued to **November 14, 2005, at 1:30 p.m.**

21 |       The reason for this continuance is to allow counsel additional time for defense preparation and case

22 | settlement negotiations.

23 |       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24 | (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25 | defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the

26 | defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

27 | diligence.

28 | ///

1
                                        McGREGOR W. SCOTT
United States Attorney

2

3 DATED: October 26, 2005                By:    /s/   Marianne Pansa_____

MARIANNE PANSA
4                                           Assistant U.S. Attorney
Attorney for Plaintiff

5

6

7                                           QUIN DENVIR
Federal Defender

8

9 DATED: October 26, 2005                By:    /s/ Marc C. Ament_____

MARC C. AMENT
10                                           Assistant Federal Defender
Attorney for Defendant
11                                           Francisco Garcia-Fernandez

12

13

14                                        **ORDER**

15        IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).

16 For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best

17 interest of the public and the defendants in a speedy trial.

18                                       /s/ OLIVER W. WANGER

DATED: October _28_, 2005
19                                       OLIVER W. WANGER, Judge
United States District Court
20                                       Eastern District of California

21

22

23

24

25

26

27

28