1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7272
5

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA    ) Case No. 1:05-cr-00256 OWW
                               )
12           Plaintiff,        ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE
13           v.                )
                               )
14 FRANCISCO GARCIA-FERNANDEZ, )
                               )
15           Defendant.        )
   _____)
16

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Marianne A. Pansa, Assistant U.S.

19 Attorney and Marc Ament, attorney for defendant, Francisco

20 Garcia-Fernandez, that the Status Conference currently scheduled

21 for November 14, 2005 at 1:30 p.m. be continued to November 28,

22 2005 at 1:30 p.m. The parties agree that time shall be excluded

23 beginning on November 8, 2005 until the next hearing date in the

24 interest of justice and for effective defense preparation

25 ///

26 ///

27 ///

28 ///

1  pursuant to 18 U.S.C. §§ 316(h)(8)(A), 3161(h)(8)(B)(I), and
2  316(h)(8)(B)(iv).
3
4
5  Dated: November 8, 2005                  Respectfully submitted,
6
7                                           McGREGOR W. SCOTT
8                                           United States Attorney
9
10
11                                    By    /s/ Marianne A. Pansa
12                                          MARIANNE A. PANSA
13                                          Assistant U.S. Attorney
14
15 Dated: November 8, 2005                   /s/ Marc Ament
16                                          MARC AMENT
17                                          Attorney for Defendant
18                                          FRANCISCO GARCIA-FERNANDEZ
19
20     **IT IS SO ORDERED.**
21
22
23 Dated: __November 9, 2005    /s/ OLIVER W. WANGER_____
                                Judge Oliver W. Wanger
24                              United States District Court Judge
25
26
27
28